IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENNIS ROSS HARRIS,           No. C 11-00231 SBA (PR)

    Plaintiff,           **ORDER OF TRANSFER**

  v.

MATTHEW CATE, et al.,

    Defendants.
                                          /

      Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. He has been granted leave to proceed in forma pauperis.

      The acts complained of occurred at the California Correctional Institution, which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

      Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith. All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

      IT IS SO ORDERED.

DATED: 10/25/11                        *Saundra B Armstrong*
                                                 SAUNDRA BROWN ARMSTRONG
                                                 United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DENNIS ROSS HARRIS,

        Plaintiff,

  v.

MATTHEW CATE et al,

        Defendant.

Case Number: CV11-00231 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 27, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dennis R. Harris K22669
California Correctional Institution
P.O. Box 1902
Tehachapi, CA 95381

Dated: October 27, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk