# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS R. HARRIS,<br><br>          Plaintiff,<br><br>   v.<br><br>MATTHEW CATE, et al.,<br><br>          Defendants.<br>_____ / | 1:11-cv-01816-AWI-DLB PC<br><br>ORDER TO SHOW CAUSE<br><br>(DOC. 9)<br><br>RESPONSE DUE WITHIN FOURTEEN DAYS |

Plaintiff Dennis R. Harris ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On November 1, 2011, the Court issued an order regarding consenting or declining magistrate judge jurisdiction, requiring Plaintiff to respond within thirty days. On December 19, 2011, the Court re-issued an order regarding consent. On February 6, 2012, the Court re-issued an order regarding consent for a third time. As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within fourteen (14) days from the date of service of this order why this action should not be dismissed for failure to obey a court order and failure to prosecute. Failure to timely respond or otherwise show cause will result in a recommendation of dismissal of this action for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

   Dated: **May 25, 2012**                     **/s/ Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE